### 17065. RIGGINS *v.* SCOTT.

BLOODWORTH, J. The verdict rendered not having been absolutely demanded by the evidence, and this being the first grant of a new trial, this court will not interfere. Civil Code (1910), § 6204; *Carr v. Carr*, 157 *Ga.* 208 (121 S. E. 227), and cit.; *Rooks v. Stanaland*, 33 *Ga. App.* 9 (4, 5) (124 S. E. 904).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 15, 1926.

Trover; from city court of Blackshear—Judge Mitchell. October 30, 1925.

*S. F. Memory,* for plaintiff.

*S. Thomas Memory,* for defendant.

---

Appeal and Error, 4 C. J. p. 832, n. 47.

---

### 17079. ELLZY *v.* OCEAN STEAMSHIP COMPANY OF SAVANNAH.

BLOODWORTH, J. The court committed no error in excluding evidence nor in thereafter granting a nonsuit.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 15, 1926.

Action for damages; from city court of Savannah—Judge Freeman. October 29, 1925.

*Cobb, Bright & Cobb,* for plaintiff.

*A. R. Lawton Jr.,* for defendant.